1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

LARRY LEE RUSSELL, JR.,                          ) No. C 14-05469 HRL (PR)
                                                 )
12                    Plaintiff,                  ) **ORDER OF DISMISSAL**
                                                 )
13        v.                                      )
                                                 )
14                                               )
    CONTRA COSTA COUNTY                           )
15  MARTINEZ DETENTION FACILITY,                  )
    et al.,                                       )
16                                               )
                      Defendants.                 )
17  _____ )

18

19        On December 16, 2014, Plaintiff, a state prisoner proceeding pro se, filed a

20  complaint pursuant to 42 U.S.C. § 1983, along with an In Forma Pauperis ("IFP")

21  Application. (Docket No. 3.) On the same day, the Clerk sent Plaintiff a notice that his

22  IFP application was deficient because he failed to attach supporting documentation, i.e.,

23  (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized

24  prison official, and (2) a copy of his prisoner trust account statement showing transactions

25  for the last six months. (Docket No. 6.) Plaintiff was provided with a Certificate of

26  Funds form and postage-paid return envelope, and directed to file a response within

27  twenty-eight days to avoid dismissal of this action. (Id.)

28        The deadline has since passed, and Plaintiff has neither paid the filing fee nor filed

Order of Dismissal
P:\PRO-SE\HRL\CR.14\05469Russell_dism-ifp.wpd

1  the necessary documents to complete his IFP application.  Accordingly, this case is

2  **DISMISSED** without prejudice for failure to pay the filing fee.

3      The Clerk shall terminate any pending motions and close the file.

4      **IT IS SO ORDERED.**

5  DATED: _____2/3/15_____

6                         HOWARD R. LLOYD
                       United States Magistrate Judge