1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  LARRY LEE RUSSELL, JR.,                )  No. C 14-05469 HRL (PR)
                                           )
12              Plaintiff,                  )  **ORDER**
                                           )
13       v.                                 )
                                           )
14                                          )
    CONTRA COSTA COUNTY                     )
15  MARTINEZ DETENTION FACILITY,            )
    et al.,                                 )
16                                          )
                Defendants.                 )
17  _____  )  Docket Nos. 15 and 16
18

19       On December 16, 2014, Plaintiff, a state prisoner proceeding <u>pro se</u>, filed a
20  complaint pursuant to 42 U.S.C. § 1983.  On February 3, 2015, this case was dismissed
21  for failure to pay the filing fee.  Plaintiff has filed a motion to proceed (Docket No. 15),
22  and a motion to compel (Docket No. 16).  This case is closed and the Court cannot order
23  any relief in this case.  Accordingly, both the motion to proceed and the motion to compel
24  are DENIED.
25       If Plaintiff is seeking to re-open this case, he should file a motion to re-open this
26  case.  He must also either pay the filing fee or submit a complete <u>in forma pauperis</u>
27  application.
28  //

Order
P:\PRO-SE\HRL\CR.14\05469Russell_deny-misc-motions.wpd

1      This order terminates Docket Nos. 15 and 16.  This case remains closed.

2      **IT IS SO ORDERED.**

3   DATED: _____5/6/15_____

4                                              HOWARD R. LLOYD
                                               United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

LARRY LEE RUSSELL, JR.,

        Plaintiff,

  v.

CONTRA COSTA COUNTY MARTINEZ
DETENTION FACILITY, et al.,

        Defendants.

_____/

Case Number CV 14-05469 HRL (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/7/2015_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Larry Lee Russell, Jr.**
AR8643
Pelican Bay State Prison
Housing: A-7-204
P.O. Box 7500
Crescent City, CA 95532

DATED: _____5/7/2015_____    P Cromwell, deputy
                                Richard W. Wieking, Clerk