IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE RUSSELL, JR.,<br><br>   Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY<br>MARTINEZ DETENTION FACILITY,<br>et al.,<br><br>   Defendants. | No. C 14-05469 HRL (PR)<br><br>**ORDER REOPENING ACTION** |

On February 3, 2015, the Court dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee or file an In Forma Pauperis ("IFP") Application, and a judgment of dismissal without prejudice was entered. (Docket Nos. 9 & 10.) Plaintiff filed a motion to reopen the matter which was denied for his failure to comply with the filing requirement. (Docket No. 19.) Plaintiff filed two IFP applications thereafter which were deficient. (Docket Nos. 24 & 30.) On July 22, 2015, the Court provided Plaintiff a final opportunity to file a complete IFP application to reopen this matter. (Docket No. 31.)

It has come to the Court's attention that a complete IFP application has been filed in this matter. (See Docket No. 33.) Accordingly, this matter shall be reopened.

Order Reopening Action
P:\PRO-SE\HRL\CR.14\05469Russell_reopen.wpd

1 | Plaintiff's IFP application will be granted in a separate order.
2 |     The Clerk shall vacate the judgment and reopen this action.
3
4 | DATED: _8/25/15_
5 |                                               HOWARD R. LLOYD
                                              United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY LEE RUSSELL JR,

        Plaintiff,

v.

CONTRA COSTA COUNTY MARTINEZ
DETENTION FACILITY, et al.,

        Defendants.

Case Number: CV14-05469 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/31/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Lee Russell AR8643
Pelican Bay State Prison
A-1-113
P.O. Box 7500
Crescent City, CA 95532

Dated: 8/31/2015

P. Cromwell, deputy
Richard W. Wieking, Clerk