IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE RUSSELL, JR., | No. C 14-05469 HRL (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CONTRA COSTA COUNTY MARTINEZ DETENTION FACILITY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner at Pelican Bay State Prison, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. On September 21, 2015, the Court dismissed the complaint with leave to file a second amended complaint within twenty-eight days. (Docket No. 41.) Plaintiff was informed that failure to file a second amended complaint within the time specified would result in the dismissal of his case without prejudice and without further notice to Plaintiff. The deadline has since passed, and Plaintiff has failed to comply. Accordingly, Plaintiff's case is DISMISSED without prejudice. The Clerk shall terminate any pending motions.

IT IS SO ORDERED.

DATED: 10/30/15

HOWARD R. LLOYD
United States Magistrate Judge

Order of Dismissal
P:\PRO-SE\HRL\CR.14\05469Russell_dism.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE RUSSELL,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY MARTINEZ DETENTION FACILITY,<br><br>    Defendant. | Case No. 14-cv-05469-HRL<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on October 30, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Lee Russell ID: AR8643
Pelican Bay State Prison A-1-113
P.O. Box 7500
Crescent City, CA 95532

Dated: October 30, 2015

Susan Y. Soong
Clerk, United States District Court

By: _____
Patty Cromwell, Deputy Clerk to the
Honorable HOWARD R. LLOYD